# Court of Appeals
# of the State of Georgia

ATLANTA,  May 01, 2020

*The Court of Appeals hereby passes the following order:*

## A20A1625.  THERESA MALLOY v. MELVIN CASH.

Melvin Cash filed suit against Theresa Malloy in magistrate court, seeking to recover money due for a paint job he performed for her. The magistrate court entered a judgment in Malloy's favor. Cash appealed to the state court, which entered a judgment in his favor based on Malloy's failure to appear. Malloy then filed this direct appeal. The state court's order, however, is not subject to direct appeal.

An appeal from a state court order disposing of a de novo appeal from a magistrate court decision must be initiated by filing an application for discretionary review.  See OCGA § 5-6-35 (a) (11), (b); *Strachan v. Meritor Mtg. Corp. East*, 216 Ga. App. 82 (453 SE2d 119) (1995).  Malloy's failure to file an application deprives us of jurisdiction over this appeal, which is hereby DISMISSED.  See *Strachan*, 216 Ga. App. at 82.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  05/01/2020*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*